GOLDEN *v.* THE STATE.

PER CURIAM. The evidence, though circumstantial, was sufficient to support the verdict. There is no merit in the special grounds of the motion for a new trial.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Hutcheson, J., who dissent.*

No. 10381.  NOVEMBER 17, 1934.

*W. R. Mixon, R. D. Smith,* and *McDonald & McDonald,* for plaintiff in error.

M. J. Yeomans, *attorney-general,* W. C. Forehand, *solicitor-general,* B. D. Murphy and J. T. Goree, *assistant attorneys-general, Philip Newbern,* and *Levy Rogers,* contra.